CIVIL, CLOSED

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-02743-GEB-GGH**

Bland v. C.R. Bard, Inc. et al
Assigned to: Judge Garland E. Burrell, Jr
Referred to: Magistrate Judge Gregory G. Hollows
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/19/2007
Date Terminated: 02/13/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rocky Bland**

represented by **Rodney A. Klein**
2300 Bell Executive Lane
Sacramento, Ca 95825
916-929-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

represented by **Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Franicsco, CA 94111-3993
415288-9800
Fax: 415288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*

**Defendant**

**Davol Inc.**

represented by **Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2007 | 1 | NOTICE of REMOVAL *Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Notice of Removal* from Shasta County Superior, case number 161776. by C.R. Bard, Inc., Davol Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Frieder, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | 2 | CERTIFICATE of SERVICE by C.R. Bard, Inc., Davol Inc. re 1 Notice of Removal - ATY,. *Certificate of Service of Notice to Adverse Party of Removal to Federal Court* (Frieder, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | 3 | STATEMENT of Corporate Disclosure Statement by Defendants C.R. Bard, Inc., Davol Inc. re 2 Certificate of Service, 1 Notice of Removal - ATY,. (Frieder, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | 4 | CIVIL COVER SHEET by C.R. Bard, Inc., Davol Inc. (Frieder, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | 5 | *Answer and Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. and Demand for Jury Trial* ANSWER to COMPLAINT with Jury Demand by C.R. Bard, Inc., Davol Inc..(Frieder, Thomas) (Entered: 12/19/2007) |
| 12/19/2007 | | RECEIPT number #CAE200003537 $350.00 fbo C.R. Bard, Inc. by Thomas M. Frieder on 12/19/2007. (Manzer, C) (Entered: 12/19/2007) |
| 12/19/2007 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 3/31/2008 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Manzer, C) (Entered: 12/19/2007) |
| 12/20/2007 | 8 | CERTIFICATE of SERVICE by C.R. Bard, Inc., Davol Inc.. *Certifiate of Service of Order Setting Status (Pretrial Scheduling) Conference and Attachments* (Frieder, Thomas) (Entered: 12/20/2007) |
| 02/13/2008 | 9 | MDL ORDER transferring case to the District of Rhode Island. Certified copy of order and docket sheet sent. CASE CLOSED. (Engbretson, K.) (Entered: 02/13/2008) |
| 02/14/2008 | | SERVICE BY MAIL: 9 MDL Order served on Rodney A. Klein. (Engbretson, K.) (Entered: 02/14/2008) |

## PACER Service Center

### Transaction Receipt

| 03/03/2008 09:10:01 | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02743-GEB-GGH |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |